# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

131726

ROBERT GAINES,
        Plaintiff-Appellant,

v

JAMES A. KERN, d/b/a JAMES A. KERN
AGENCY, ALLSTATE INSURANCE
COMPANY, and MICHIGAN BASIC
INSURANCE ASSOCIATION,
        Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131726
COA: 266049
Oakland CC: 2004-059906-CK

On order of the Court, the application for leave to appeal the April 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

s0523

_____
Clerk